BERNARD KARP, Respondent, v. FRANKLIN BAKER, JR., and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GEORGE ANDERSON, Appellant, v. HAROLD T. GRIFFITH and NEW YORK RAILWAYS CORPORATION, Defendants. GRAHAM & REYNOLDS, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JACOB ZYSMAN, Appellant, v. CARNEGIE HALL, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAX MELTZER, Respondent, v. THE HAUSMAN & WIMMER COMPANY, a Foreign Corporation Authorized and Existing under and by Virtue of the Laws of the State of Pennsylvania, Authorized to Do Business in the State of New York, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JOSEPH M. MARTIN, Appellant, against ABRAHAM KAPLAN and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and Martin, J., dissent and vote to reverse and grant the motion for a peremptory order of mandamus so as to place petitioner's name on the list for the next certification requested by the fire commissioner. The civil service commission should correct its palpable error. (See *People ex rel. Finnegan* v. *McBride*, 226 N. Y. 252, and *Matter of Oystermen's Dock Co.* v. *Downing*, 258 id. 156.)

NATHAN BLUME, Respondent, v. WILLIAM S. VALLON, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of TIMES SQUARE TRUST COMPANY, in Liquidation. TIMES SQUARE CUSTOM BROKERS, TAUSIG & PILCER, INC., Appellant; JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, in Charge of Liquidation of TIMES SQUARE TRUST COMPANY, Respondent; MANUFACTURERS TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.